# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                                                                      dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                                                                     ltrust@osbornlawpc.com

---

> The parties' request at ECF No. 12 is GRANTED, and their proposed briefing schedule is ADOPTED.
>
> The Clerk of Court is respectfully directed to close ECF No. 12.
>
> SO ORDERED        8/7/2024
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Gregorio Capellan v. Commissioner of Social Security*
       Civil Action No. 1:24-cv-03714-SLC

Dear Judge Cave,

  We write on behalf of our client, Gregorio Capellan, with the consent of the defense, to request an extension to serve his motion for judgment on the pleadings which is currently due on August 11, 2024, per the Court's May 15, 2024 Standing Scheduling Order. This is the parties' first joint request for an extension. The reason for this request is that Plaintiff's counsel currently is recovering from surgery.

  After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **November 8, 2024;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **February 6, 2025**; and

- Plaintiff to file his reply, if any, on or before: **February 20, 2025.**

---